UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>          Plaintiff,<br><br>   v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., et al.,<br><br>          Defendants. | Case No. 15-cv-02106-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 5, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. CASE SCHEDULE

- Designation of experts:                                              July 23, 2016
- Fact discovery cut-off:                                              September 22, 2016
- Opening disclosures / reports:                                       September 22, 2016
- Further telephonic case management conference:                       September 29, 2016
- Rebuttal disclosures / reports:                                      October 13, 2016
- Expert discovery cut-off:                                            November 10, 2016
- Filing of dispositive motions:                                       November 10, 2016
- Filing of memoranda in opposition to dispositive motions:            December 8, 2016
- Filing of any reply in support of dispositive motions:               December 22, 2016
- Hearing of dispositive motions:                                      January 12, 2017
- Pretrial conference:                                                 March 16, 2017

- Trial: April 24, 2017

**IT IS SO ORDERED**.

Dated: November 13, 2015

_____
RICHARD SEEBORG
United States District Judge