United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

NATIONWIDE BIWEEKLY ADMINISTRATION, INC., et al.,

Defendants.

Case No.  15-cv-02106-RS

**ORDER GRANTING MOTION TO WITHDRAW AND EXTENDING BRIEFING AND HEARING ON MOTION TO DISMISS**

Pursuant to Civil Local Rule 7-1(b) the unopposed motion of Glenn V. Whitaker, Eric W. Richardson and Nathan L. Colvin, of Vorys, Sater, Seymour and Pease, LLP to withdraw as counsel for Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration, LLC, and Daniel S. Lipsky is suitable for disposition without oral argument and the hearing set for February 4, 2016 is vacated.  Good cause appearing, the motion is granted.  Defendants shall continue to be represented in this action by Sean E. Ponist of the Law Office of Sean Ponist, P.C., and Allyson Baker of Venable, LLP.

Defendants' unopposed motion to extend the briefing schedule on plaintiff's motion to strike affirmative defenses is granted.  Opposition shall be due on January, 21, 2016, and any reply must be filed by January 28, 2016.   The hearing is hereby continued to February 11, 2016.  In the event that motion is taken under submission without oral argument, further notice will be given vacating the hearing.

1    **IT IS SO ORDERED**.

2

3    Dated: January 11, 2016

4    _____

5    RICHARD SEEBORG
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California