ANTHONY ALEXIS (DC Bar #384545)
DEBORAH MORRIS (Admitted to NY Bar)
MICHAEL G. SALEMI (IL Bar # 6279741)
MELANIE HIRSCH (DC Bar #989310)
EDWARD KEEFE (DC Bar #490713)
PATRICK GUSHUE (PA Bar #306966)
Melanie.Hirsch@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-7944
Fax: 202-435-7722

*Attorneys for Plaintiff
Consumer Financial Protection Bureau*

SEAN E. PONIST (CA SBN 204712)
sponist@ponistlaw.com
GEORGIA Z. SCHNEIDER (CA SBN 251358)
gschneider@ponistlaw.com
LAW OFFICES OF SEAN PONIST, P.C.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone:  (415) 798-2222
Fax:  (888) 350-5442

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration, LLC, and Daniel S. Lipsky*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, AND DANIEL S. LIPSKY,<br><br>Defendants. | Case No. 3:15-cv-02106-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE AND MOTION TO DISMISS** |

Pursuant to Civil L.R. 6-2 and 7-12 and subject to the Court's approval, Plaintiff Consumer Financial Protection Bureau ("Bureau") and Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky (collectively, "Defendants") state, stipulate, and agree as follows:

1. On August 31, 2015, the Bureau moved to strike several affirmative defenses set forth in Defendants' first amended answer. Dkt. No. 48. The Bureau stipulated to withdraw that motion, without prejudice, at the request of Defendants' counsel, who wished to "amend

1 | the first amended answer to address concerns therewith and to otherwise clarify defenses to
2 | the complaint." Dkt. No. 65.

3 |     2.    On February 2, 2016, Defendants filed a second amended answer that withdrew certain defenses and also asserted new affirmative defenses and new counterclaims against the Bureau. Dkt. No. 67.

    3.    The Bureau intends to file both a motion to strike several affirmative defenses and a motion to dismiss the counterclaims (collectively, "Motions"). Under the Federal Rules of Civil Procedure, while the Bureau has 21 days, or until February 23, 2016, to file a motion to strike Defendants' affirmative defenses, it has 60 days, or until April 4, 2016, to file a responsive pleading to Defendants' counterclaim. See Fed. R. Civ. P. 12(a)(2) and 12(f)(2).

    4.    Because many of the affirmative defenses concern substantially similar factual and legal issues as the counterclaims, the Motions will necessarily involve similar discussions of fact and law. Thus, amending relevant deadlines to file the Motions and responses to them concurrently would best serve the interests of efficiency and judicial economy by allowing the Court to simultaneously consider the merits of each related legal argument.

    5.    Defendants have no objection to this request.

    6.    The parties jointly propose the following briefing schedule:

        a. March 18, 2016: opening briefs on the Motions;

        b. April 8, 2016: Defendants' responses to the Motions; and

        c. April 15, 2016: the Bureau's replies to Defendants' responses, if any.

    7.    This proposed schedule would not otherwise affect the schedule for the case.

Dated:  February 16, 2016        Respectfully submitted,

ANTHONY ALEXIS
Enforcement Director

DEBORAH MORRIS
Deputy Enforcement Director

MICHAEL G. SALEMI

2

Stipulation for Briefing Schedule
Case No. 3:15-cv-02106-RS

```
                              Assistant Litigation Deputy

                              /s/ Melanie Hirsch
                              Melanie Hirsch
                              melanie.hirsch@cfpb.gov
                              202-435-7944
                              Edward Keefe
                              edward.keefe@cfpb.gov
                              202-435-9198
                              Patrick Gushue
                              patrick.gushue@cfpb.gov
                              202-435-9671
                              1700 G Street NW
                              Washington, DC 20552

                              *Attorneys for Plaintiff*
                              *Consumer Financial Protection Bureau*


Dated:  February 16, 2016     /s/ Sean E. Ponist

                              Law Offices of Sean Ponist, P.C.
                              Sean E. Ponist
                              Georgia Z. Schneider

                              *Attorneys for Defendants Nationwide Biweekly*
                              *Administration, Inc., Loan Payment Administration*
                              *LLC, and Daniel S. Lipsky*
```

### ECF ATTESTATION

I, Melanie Hirsch, am the ECF user whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  February 16, 2016                /s/ Melanie Hirsch
                                         Melanie Hirsch

---

Stipulation for Briefing Schedule
Case No. 3:15-cv-02106-RS

3

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/17/16

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE