ANTHONY ALEXIS (DC Bar #384545)
DEBORAH MORRIS (Admitted to the NY Bar)
MICHAEL G. SALEMI (IL Bar # 6279741)
MELANIE HIRSCH (DC Bar #989310)
EDWARD KEEFE (DC Bar #490713)
PATRICK GUSHUE (PA Bar #306966)
JONATHAN URBAN (CO Bar #44190)
Patrick.Gushue@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-7944
Fax: 202-435-7722
*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

SEAN E. PONIST (CA SBN 204712)
sponist@ponistlaw.com
GEORGIA Z. SCHNEIDER (CA SBN 251358)
gschneider@ponistlaw.com
LAW OFFICES OF SEAN PONIST, P.C.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone:  (415) 798-2222
Fax:  (888) 350-5442
*Attorneys for Defendants Nationwide Biweekly*
*Administration, Inc., Loan Payment Administration, LLC, and*
*Daniel S. Lipsky and Counter-Claimant Nationwide Biweekly*
*Administration, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, and DANIEL S. LIPSKY,<br><br>　　　　　Defendants.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC.<br><br>　　　　　Counter-claimant,<br><br>　vs.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　Counter-defendant. | Case No. 3:15-cv-02106-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE PORTIONS OF THIRD AMENDED ANSWER** |

Pursuant to Civil L.R. 6-2 and 7-12 and subject to the Court's approval, Plaintiff Consumer Financial Protection Bureau ("Bureau") and Defendants and Counter-claimant Nationwide Biweekly Administration, Inc. ("Nationwide"), Loan Payment Administration LLC, and Daniel S. Lipsky (collectively, "Defendants") state, stipulate, and agree as follows:

1. On July 5, 2016, the Bureau moved to dismiss Nationwide's Counterclaims and to strike portions of Defendants' Third Amended Answer ("Motions"). Dkt. No. 86. The hearing on the Bureau's Motions is set for August 4, 2016 at 1:30 p.m. with responses due by July 19, 2016 and replies due by July 26, 2016.

2. Due to defense counsel's trial schedule in another matter, Defendants and Counter-claimant have requested that the Bureau stipulate to moving the hearing date and all deadlines related thereto one week.

3. Plaintiff has no objection to this request.

4. The parties jointly propose the following briefing schedule and hearing date:

    a. July 26, 2016: Defendants' responses to the Motions;

    b. August 2, 2016: The Bureau's replies to Defendants' responses, if any; and

    c. August 11, 2016, at 1:30 p.m.: Hearing on the Bureau's Motions.

5. This proposed schedule would not otherwise affect the schedule for the case.

**IT IS SO STIPULATED AND AGREED:**

Dated: July 14, 2016

By:  /s/ Patrick Gushue

CONSUMER FINANCIAL PROTECTION BUREAU
Anthony Alexis, Enforcement Director
Deborah Morris, Deputy Enforcement Director
Michael G. Salemi, Asst. Litigation Deputy
Melanie Hirsch, Enforcement Attorney
Edward Keefe, Enforcement Attorney
Patrick Gushue, Enforcement Attorney

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

By:   /s/ Georgia Z. Schneider

LAW OFFICES OF SEAN PONIST, P.C.
Sean E. Ponist
Georgia Z. Schneider

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky and Counter-Claimant Nationwide Biweekly Administration, Inc.*

## ECF ATTESTATION

I Georgia Z. Schneider, am the ECF user whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: July 14, 2016

By:   /s/ Georgia Z. Schneider
Georgia Z. Schneider

## CERTIFICATE OF SERVICE

On July 14, 2016, I filed the foregoing document with the Court's CM/ECF filing system, which will serve all parties and counsel of record in this case.

By:   /s/ Georgia Z. Schneider
Georgia Z. Schneider

1    **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: 7/18/16

5    _____
6    RICHARD SEEBORG
     United States District Judge