ANTHONY ALEXIS (DC Bar #384545)
DEBORAH MORRIS (Admitted to the NY Bar)
MICHAEL G. SALEMI (IL Bar # 6279741)
MELANIE HIRSCH (DC Bar #989310)
EDWARD KEEFE (DC Bar #490713)
PATRICK GUSHUE (PA Bar #306966)
JONATHAN URBAN (CO Bar #44190)
Patrick.Gushue@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-7944
Fax: 202-435-7722
*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

SEAN E. PONIST (CA SBN 204712)
sponist@ponistlaw.com
GEORGIA Z. SCHNEIDER (CA SBN 251358)
gschneider@ponistlaw.com
LAW OFFICES OF SEAN PONIST, P.C.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone:  (415) 798-2222
Fax:  (888) 350-5442
*Attorneys for Defendants Nationwide Biweekly*
*Administration, Inc., Loan Payment Administration, LLC, and*
*Daniel S. Lipsky and Counter-Claimant Nationwide Biweekly*
*Administration, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, and DANIEL S. LIPSKY,<br><br>　　　　　Defendants. | Case No. 3:15-cv-02106-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING CASE SCHEDULE** |
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC.<br><br>　　　　　Counter-claimant,<br><br>　vs.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　Counter-defendant. | |

Pursuant to Civil L.R. 6-2 and 7-12 and subject to the Court's approval, Plaintiff Consumer Financial Protection Bureau ("Bureau") and Defendants and Counter-claimant Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky (collectively, the "Parties") state, stipulate, and agree as follows:

1. On November 13, 2015, the Court entered a Further Case Management Scheduling Order setting the following case schedule (Dkt. 56):

- Designation of experts: July 23, 2016
- Fact discovery cut-off: September 22, 2016
- Opening disclosures / reports: September 22, 2016
- Further telephonic case management conference: September 29, 2016
- Rebuttal disclosures / reports: October 13, 2016
- Expert discovery cut-off: November 10, 2016
- Filing of dispositive motions: November 10, 2016
- Filing of memoranda in opposition to dispositive motions: December 8, 2016
- Filing of any reply in support of dispositive motions: December 22, 2016
- Hearing of dispositive motions: January 12, 2017
- Pretrial conference: March 16, 2017
- Trial:  April 24, 2017

2. Due to the state of discovery as well as the fact that the pleadings remain unsettled at this time, the Parties agree it is necessary to modify this case schedule to allow additional time for fact and expert discovery without affecting the trial date or pretrial conference.

3. The parties hereby jointly submit the following modified proposed case schedule:

- Designation of experts: September 7, 2016
- Opening disclosures / reports: October 24, 2016
- Fact Discovery cut-off: November 10, 2016
- Rebuttal disclosures / reports:  November 14, 2016
- Further telephonic case management conference: November 17, 2016
- Expert discovery cut-off: December 8, 2016

- Filing of dispositive motions: December 8, 2016
- Filing of memoranda in opposition to dispositive motions: January 5, 2017
- Filing of any reply in support of dispositive motions: January 19, 2017
- Hearing of dispositive motions: February 9, 2017
- Pretrial conference: March 16, 2017
- Trial:  April 24, 2017

4. This proposed schedule would not otherwise affect trial date or pretrial conference.

**IT IS SO STIPULATED AND AGREED:**

Dated:  July 21, 2016

By:  /s/ Patrick Gushue

CONSUMER FINANCIAL PROTECTION BUREAU
Anthony Alexis, Enforcement Director
Deborah Morris, Deputy Enforcement Director
Michael G. Salemi, Asst. Litigation Deputy
Melanie Hirsch, Enforcement Attorney
Edward Keefe, Enforcement Attorney
Patrick Gushue, Enforcement Attorney

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

By:  /s/ Georgia Z. Schneider

LAW OFFICES OF SEAN PONIST, P.C.
Sean E. Ponist
Georgia Z. Schneider

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky and Counter-Claimant Nationwide Biweekly Administration, Inc.*

**ECF ATTESTATION**

I Georgia Z. Schneider, am the ECF user whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: July 21, 2016

By:   /s/ Georgia Z. Schneider
      Georgia Z. Schneider

**CERTIFICATE OF SERVICE**

On July 21, 2016, I filed the foregoing document with the Court's CM/ECF filing system, which will serve all parties and counsel of record in this case.

By:   /s/ Georgia Z. Schneider
      Georgia Z. Schneider

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/3/2016

_____
RICHARD SEEBORG
United States District Judge