SEAN E. PONIST (CA SBN 204712)
sponist@ponistlaw.com
GEORGIA Z. SCHNEIDER (CA SBN 251358)
gschneider@ponistlaw.com
LAW OFFICES OF SEAN PONIST, P.C.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 798-2222
Fax: (888) 350-5442

JOHN D. SMITH (admitted *pro hac vice*)
**JOHN D. SMITH CO., LPA**
jsmith@johndsmith.com
140 N. Main Street, Suite B
Springboro, Ohio 45066
Telephone: (937) 748-2522
Fax: (937) 748-2712

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration, LLC, and Daniel S. Lipsky And Counterclaimant Nationwide Biweekly Administration, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, and DANIEL S. LIPSKY,<br><br>Defendants. | Case No. 3:15-cv-02106-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR TWO-DAY EXTENSION TO FILE JOINT PRETRIAL STATEMENT**<br><br>Judge: Hon. Richard Seeborg<br>Magistrate: Hon. Elizabeth Laporte<br>Courtroom: Courtroom 3, 17th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC.,<br><br>Counter-claimant,<br><br>vs.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Counter-defendant. | |

## [PROPOSED] ORDER

The Court, having considered Defendants' Motion for a Two-Day Extension to File Joint Pretrial Statements and Orders, hereby GRANTS/~~DENIES~~ Defendants' Motion as to the extending the filing deadline to March 15, 2017.

~~The Court, having considered Defendants' Motion for Two-Day Extension to File Joint Pretrial Statements and Orders, hereby GRANTS/DENIES Defendants' Motion to file amendments to its respective sections in each Joint Pretrial Statement and Order.~~

**IT IS SO ORDERED**.

Dated: "October 35, 4239"  _____

_____
JUDGE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2017          JOHN D. SMITH

By:   /s/ John D. Smith
        John D. Smith

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration, LLC, and Daniel S. Lipsky and Counterclaimant Nationwide Biweekly Administration, Inc.*

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR TWO DAY EXTENSION TO FILE JOINT PRETRIAL STATEMENT CASE NO. 3:15-CV-02106-RS