ANTHONY ALEXIS (DC Bar #384545)
DEBORAH MORRIS (Admitted to the NY Bar)
MICHAEL G. SALEMI (IL Bar #6279741)
PATRICK GUSHUE (PA Bar #306966)
JONATHAN URBAN (CO Bar #44190)
STEPHEN JACQUES (DC Bar # 464413)
THOMAS MCCRAY-WORRALL (Admitted to the MD Bar)
ELIZABETH FRANCE (DC Bar #999851)
Patrick.Gushue@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-9671
Fax: 202-435-7329
Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

v.

NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, AND DANIEL S. LIPSKY,

Defendants.

---------------------------------------------

NATIONWIDE BIWEEKLY ADMINISTRATION, INC.,

Counter-claimant,

v.

CONSUMER FINANCIAL PROTECTION BUREAU,

Counter-defendant.

Case No. 3:15-cv-02106-RS

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO ADMIT CONSUMER COMPLAINTS**

Judge: Hon. Richard Seeborg
Courtroom: Courtroom 3, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

**DECLARATION OF JONATHAN URBAN**

1. I am counsel of record for Plaintiff Consumer Financial Protection Bureau. I am competent to make this declaration and have personal knowledge of the following facts.

2. Attached as **Exhibit A** is a true and correct copy of the consumer complaints relating to the Defendants filed with and produced by the Better Business Bureau (BBB) with bates numbers BBB000054 – BBB000863.

3. Attached as **Exhibit C** is a true and correct copy of the consumer complaints relating to the Defendants produced by Defendants to the Consumer Financial Protection Bureau with bates numbers NBA004073-NBA005093.

4. Attached as **Exhibit D** is a true and correct copy of the Declaration of Shaunte Johnson, dated December 7, 2016, summarizing the consumer complaints relating to the Defendants.

5. Attached as **Exhibit E** is a true and correct copy of the "Declaration Certifying Records of Regularly Conducted Business Activity" provided to the Bureau on May 13, 2016 with its production of consumer complaints relating to the Defendants (Ex. A).

6. Attached as **Exhibit F** is a true and correct copy of the Bureau's Reponses to the Defendants' First Set of Requests for Production of Documents, which includes the Bureau's production of the consumer complaints – Exhibits A and C – to the Defendants.

7. Attached as **Exhibit G** is a true and correct copy of the Defendants' First Supplemental Response to the Bureau's June 13, 2014 Civil Investigative Demand, which includes the Defendants' production of consumer complaints – Exhibit C – to the Bureau.

8. Attached as **Exhibit H** is a true and correct copy of the "Declaration Certifying Records of Regularly Conducted Business Activity" provided to the Bureau on October 27, 2014 relating to the Defendants' production of consumer complaints – Exhibit C – to the Bureau.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2017

*/s/ Jonathan Urban*
Jonathan Urban

*Enforcement Attorney*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on March 13, 2017, via ECF upon counsel of record in this action:

John D. Smith
140 North Main Street, Suite B
Springboro, Ohio 45066

Sean Ponist
Georgia Schneider
Law Office of Sean Ponist, P.C.
100 Pine Street, Suite 1250
San Francisco, CA 94111

Allyson Baker
Venable LLP
575 7th Street, NW
Washington, DC 20004

*/s/ Jonathan Urban*
Jonathan Urban
jonathan.urban@cfpb.gov
202-435-7371
*Enforcement Attorney*

Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552