ANTHONY ALEXIS (DC Bar #384545)
DEBORAH MORRIS (Admitted to the NY Bar)
MICHAEL G. SALEMI (IL Bar #6279741)
PATRICK GUSHUE (PA Bar #306966)
JONATHAN URBAN (CO Bar #44190)
MELANIE HIRSCH (DC Bar #989310)
EDWARD KEEFE (DC Bar #490713)
Patrick.Gushue@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-9671
Fax: 202-435-7329

Attorneys for Plaintiff
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, AND DANIEL S. LIPSKY,<br><br>Defendants.<br><br>--------------------------------------------<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Counter-defendant. | Case No. 3:15-cv-02106-RS<br><br>Hon. Richard Seeborg<br><br>**DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY** |



GOVERNMENT EXHIBIT
E

I, John North, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Better Business Bureau as CEO and by reason of my position am authorized and qualified to certify the authenticity of the records produced by the Better Business Bureau and submitted with this Declaration.
2. The documents produced and submitted with this Declaration by the Better Business Bureau are true copies of records of regularly conducted activity that were:
   a. made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;
   b. kept in the course of the regularly conducted business activity; and
   c. made by the regularly conducted business activity as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2016.

JNorth
Signature