ANTHONY ALEXIS (DC Bar #384545)
DEBORAH MORRIS (Admitted to the NY Bar)
MICHAEL G. SALEMI (IL Bar #6279741)
PATRICK GUSHUE (PA Bar #306966)
JONATHAN URBAN (CO Bar #44190)
STEPHEN JACQUES (DC Bar # 464413)
ADRIENNE WARRELL (Admitted to the NY Bar)
THOMAS MCCRAY-WORRALL (Admitted to the MD Bar)
ELIZABETH FRANCE (DC Bar #999851)
Patrick.Gushue@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-9671
Fax: 202-435-7329
Attorneys for Plaintiff
Consumer Financial Protection Bureau

KIMON MANOLIUS (154971)         HELEN M. MAC MURRAY
kmanolius@hansonbridgett.com    (OH Bar #0038782 - admitted *pro hac vice*)
**HANSON BRIDGETT, LLC**        hmacmurray@mslawgroup.com
425 Market Street, 26th floor  LISA A. MESSNER
San Francisco, CA  94105        (OH Bar # 0074034 - admitted *pro hac vice*)
Phone:  415-995-5841            lmessner@mslawgroup.com
                                **MAC MURRAY & SHUSTER, LLP**
                                6530 West Campus Oval, Suite 210
                                New Albany, Ohio  43054
                                Phone: 614-939-9955
                                *Attorneys for Defendants and Counter-Claimant*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, AND DANIEL S. LIPSKY,<br><br>Defendants. | Case No. 3:15-cv-02106-RS<br><br>**STIPULATED ORDER ON POST-TRIAL MATTERS**<br><br>Judge:          Hon. Richard Seeborg<br>Courtroom:  Courtroom 3, 17th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

Stipulated Order on Post-Trial Matters
Case No. 3:15-cv-02106-RS

1  --------------------------------------------
NATIONWIDE BIWEEKLY
2  ADMINISTRATION, INC.,

3           Counter-claimant,

4           v.

5  CONSUMER FINANCIAL
PROTECTION BUREAU,
6

7           Counter-defendant.

8
## STIPULATED ORDER ON POST-TRIAL MATTERS
9

10      Subject to the Court's approval below, the parties submit the following schedule for post-trial

11  matters with each of the following to be filed with the Court's CM/ECF System by 9:00 a.m. PDT on

12  the dates specified below:

13      1.  Opening briefs and proposed findings of fact and conclusions of law for the affirmative

    case and for the counterclaims – June 12, 2017
14
      2.  Responses in opposition – June 19, 2017
15
      Closing arguments will be held June 26, 2017 at 10:00 a.m. PDT.
16

17  For Plaintiff Consumer Financial Protection Bureau

18  By: /s/ Patrick Gushue

19  Patrick Gushue
    Jonathan Urban
20  Stephen Jacques
    Thomas McCray-Worrall
21  Elizabeth France
    Adrienne Warrell
22  Consumer Financial Protection Bureau
23  1700 G Street NW
    Washington, DC 20552
24

25

26

27

28                                    2
    Stipulated Order on Post-Trial Matters
    Case No. 3:15-cv-02106-RS

For Defendants Nationwide Biweekly Administration, Inc.,
Loan Payment Administration, LLC, and Daniel S. Lipsky

By: /s/ with consent of Helen Mac Murray
**MAC MURRAY & SHUSTER, LLP**
HELEN MAC MURRAY
(OH Bar #0038782 - admitted *pro hac vice*)
6530 West Campus Oval, Suite 210
New Albany, Ohio 43054
Phone: 614-939-9955
hmacmurray@mslawgroup.com
Attorney for Defendants
Nationwide Biweekly Administration, Inc.,
Loan Payment Administration, LLC and
        Daniel S. Lipsky

IT IS SO ORDERED.

    Dated: 5/10/17

_____
HON. RICHARD SEEBORG
U.S. District Judge

3