UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., et al.,<br><br>Defendants. | Case No. 15-cv-02106-RS<br><br>**ORDER GRANTING TEMPORARY STAY OF ENFORCEMENT OF JUDGMENT** |

Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, defendants seek a stay of any proceedings to enforce the judgment against them, pending disposition of the post-trial motions they represent will be filed no later than December 7, 2017. Plaintiff initially filed opposition, but has since withdrawn the opposition and advises that it now takes no position on the merits of defendants' motion.

Under all the circumstances, a stay on any efforts to collect the monetary judgment is hereby granted, pending an order disposing of defendants' post-trial motions, or other further order lifting the stay. Defendants will be held to their representation that they will not sell the business building or the personal residence during the pendency of this stay. Defendants do not seek a stay of injunctive provisions of the judgment, and none will issue.

Defendants are advised any subsequent request for a stay pending appeal will be evaluated on its own merits. The fact that this stay was entered will not be germane to that analysis, and should not be taken as an indication that a stay on appeal necessarily will be appropriate, absent a

supersedeas bond.

**IT IS SO ORDERED**.

Dated:  December 4, 2017

_____
RICHARD SEEBORG
United States District Judge