**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., et al.,<br><br>    Defendants. | Case No. 3:15-cv-02106-RS<br><br>**[PROPOSED] ORDER GRANTING COMBINED MOTION UNDER RULES 59 AND 60 OF NATIONWIDE BIWEEKLY ADMINISTRATION, INC. TO ALTER OR AMEND JUDGMENT ON COUNTERCLAIM** |

This matter comes before the Court upon the Defendants' Combined Motion Under Rules 59 and 60 of Nationwide Biweekly Administration, Inc. to Alter or Amend Judgment and for Relief from Judgment on Counterclaim. The Court has reviewed Nationwide's Combined Motion and finds it to have merit and it is hereby **GRANTED.**

The Opinion and Order (ECF Doc. 315) and the Judgment and Permanent Injunction (ECF Doc. 331) are hereby **VACATED.** The Court will issue a new Opinion regarding Nationwide's counterclaim and thereafter the parties will be ordered to submit proposed language regarding the judgment and injunctive relief.

**IT IS SO ORDERED.**

Dated: _____

_____
RICHARD SEEBORG
United States District Judge