HELEN M. MAC MURRAY
(OH Bar #0038782 - admitted *pro hac vice*)
hmacmurray@mslawgroup.com
LISA A. MESSNER
(OH Bar #0074034 - admitted *pro hac vice*)
lmessner@mslawgroup.com
MAC MURRAY & SHUSTER, LLP
6530 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone:    (614) 939-9955
Facsimile:    (614) 939-9954

HANSON BRIDGETT LLP
KIMON MANOLIUS, SBN 154971
kmanolius@hansonbridgett.com
SAMANTHA D. WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
Nationwide Biweekly Administration, Inc., Loan
Payment Administration, LLC, and Daniel S.
Lipsky and Counterclaimant Nationwide
Biweekly Administration, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, and DANIEL S. LIPSKY,<br><br>Defendants. | Case No. 3:15-cv-02106-RS<br><br>Judge:    Hon. Richard Seeborg<br><br>**NOTICE OF APPEAL** |

1  NATIONWIDE BIWEEKLY
   ADMINISTRATION, INC.,
2
3              Cross-Complainant,
4         v.
5  CONSUMER FINANCIAL PROTECTION
   BUREAU,
6
7              Cross-Defendant.

8
9         NOTICE IS HEREBY GIVEN that Nationwide Biweekly Administration, Inc., Loan

10 Payment Administration, LLC and Daniel S. Lipsky hereby appeal to the United States Court of

11 Appeals for the Ninth Circuit from:

        (1) the Order Denying Post-Trial Motions, dated March 12, 2018, ECF # 356;
12
        (2) the Judgment and Permanent Injunction entered on November 9, 2017, ECF # 331;
13
        (3) the Opinion and Order dated September 8, 2017, ECF # 315;
14
        (4) the Order Granting Motion to Strike Jury Demand dated March 23, 2017, ECF # 226;
15
   and
16
        (5) the Order Denying Defendants' Motion for Transfer, dated July 21, 2015, ECF 35;
17
   A copy of the Orders and Judgment is attached hereto.
18

19
                                    **MAC MURRAY & SHUSTER, LLP**
20
                                    */s/ Helen Mac Murray*
21                                  HELEN MAC MURRAY
                                    (OH Bar #0038782 - admitted *pro hac vice*)
22                                  6530 West Campus Oval, Suite 210
                                    New Albany, Ohio  43054
23                                  Phone: 614-939-9955
                                    hmacmurray@mslawgroup.com
24
25                                  *Attorney for Defendants*
                                    *Nationwide Biweekly Administration, Inc., Loan Payment*
26                                  *Administration, LLC and Daniel S. Lipsky*

27
28
                                          -2-
                                    *Notice of Appeal*
                                  Case No. 3:15-cv-02106-RS

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the foregoing was served on all counsel of record on this 15th day of March 2018 through the Court's electronic filing system.

/s/ Helen Mac Murray
HELEN MAC MURRAY
(OH Bar #0038782 - admitted *pro hac vice*)
hmacmurray@mslawgroup.com
**MAC MURRAY & SHUSTER, LLP**