# AMENDED ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the judgment debtor(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:    United States District Court
                        Northern District of California
Court Number:  3:15-cv-2106-RS
County Name:   Warren County, Ohio

| JUDGMENT DEBTOR(S): Names and address of parties against whom judgment has been entered. | JUDGMENT CREDITOR: Name of party in whose favor judgment has been entered. |
|---|---|
| Daniel S. Lipsky<br>Waynesville, OH 45068<br><br>Social Security No.: TIN XXX-XX-0561<br>Driver's License No. & State: (Unknown) | CONSUMER FINANCIAL PROTECTION BUREAU |

| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
|---|---|---|
| $7,930,000, plus interest | Consumer Financial Protection Bureau<br>c/o Office of Enforcement<br>1990 K St., NW<br>Room 7093<br>Washington DC 20006<br>(202) 435-9671 | Judgment Entered or Registered:<br><br>November 8, 2017 |

I Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

SUSAN Y. SOONG
Clerk of the Court
United States District Court
Northern District of California

By: GINA AGUSTINE
Deputy Clerk

Date Issued: MAR 2 8 2018



# AMENDED ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the judgment debtor(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:   United States District Court
              Northern District of California
Court Number: 3:15-cv-2106-RS
County Name:  Greene County, Ohio

| JUDGMENT DEBTOR(S): Names and address of parties against whom judgment has been entered. || JUDGMENT CREDITOR: Name of party in whose favor judgment has been entered. |
|---|---|---|
| Daniel S. Lipsky<br>Waynesville, OH 45068<br><br>Social Security No.: TIN XXX-XX-0561<br>Driver's License No. & State: (Unknown) || CONSUMER FINANCIAL PROTECTION BUREAU |
| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
| $7,930,000, plus interest | Consumer Financial Protection Bureau<br>c/o Office of Enforcement<br>1990 K St., NW<br>Room 7093<br>Washington DC 20006<br>(202) 435-9671 | Judgment Entered or Registered:<br><br>November 8, 2017 |

I Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

SUSAN Y. SOONG
Clerk of the Court
United States District Court
Northern District of California

By: *GINA AGUSTINE*
    Deputy Clerk

Date Issued:   MAR 2 8 2018

# AMENDED ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the judgment debtor(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:   United States District Court
              Northern District of California
Court Number: 3:15-cv-2106-RS
County Name:  Montgomery County, Ohio

| JUDGMENT DEBTOR(S): Names and address of parties against whom judgment has been entered. | | JUDGMENT CREDITOR: Name of party in whose favor judgment has been entered. |
|---|---|---|
| Daniel S. Lipsky<br>Waynesville, OH 45068<br><br>Social Security No.: TIN XXX-XX-0561<br>Driver's License No. & State: (Unknown) | | CONSUMER FINANCIAL PROTECTION BUREAU |
| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
| $7,930,000, plus interest | Consumer Financial Protection Bureau<br>c/o Office of Enforcement<br>1990 K St., NW<br>Room 7093<br>Washington DC 20006<br>(202) 435-9671 | Judgment Entered or Registered:<br><br>November 8, 2017 |

I Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

SUSAN Y. SOONG
Clerk of the Court
United States District Court
Northern District of California

By: *GINA AGUSTINE*
    Deputy Clerk

Date Issued: MAR 2 8 2018

# AMENDED ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the judgment debtor(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:   United States District Court
              Northern District of California
Court Number: 3:15-cv-2106-RS
County Name:  Tuscarawas County, Ohio

| JUDGMENT DEBTOR(S): Names and address of parties against whom judgment has been entered. | | JUDGMENT CREDITOR: Name of party in whose favor judgment has been entered. |
|---|---|---|
| Daniel S. Lipsky<br>Waynesville, OH 45068<br><br>Social Security No.: TIN XXX-XX-0561<br>Driver's License No. & State: (Unknown) | | CONSUMER FINANCIAL PROTECTION BUREAU |
| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
| $7,930,000, plus interest | Consumer Financial Protection Bureau<br>c/o Office of Enforcement<br>1990 K St., NW<br>Room 7093<br>Washington DC 20006<br>(202) 435-9671 | Judgment Entered or Registered:<br><br>November 8, 2017 |

I Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

SUSAN Y. SOONG
Clerk of the Court
United States District Court
Northern District of California

GINA AGUSTINE

By: _____
      Deputy Clerk



Date Issued: MAR 2 8 2018

# AMENDED ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the judgment debtor(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:    United States District Court
               Northern District of California
Court Number:  3:15-cv-2106-RS
County Name:   Greene County, Ohio

| JUDGMENT DEBTOR(S): Names and address of parties against whom judgment has been entered. | JUDGMENT CREDITOR: Name of party in whose favor judgment has been entered. | |
|---|---|---|
| Nationwide Biweekly Administration, Inc.<br>855 Lower Belbrook Rd.,<br>Xenia, OH 45385-7306<br><br>Social Security No.: (Unknown)<br>Driver's License No. & State: (Unknown) | CONSUMER FINANCIAL PROTECTION BUREAU | |
| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
| $7,930,000, plus interest | Consumer Financial Protection Bureau<br>c/o Office of Enforcement<br>1990 K St., NW<br>Room 7093<br>Washington DC 20006<br>(202) 435-9671 | Judgment Entered or Registered:<br><br>November 8, 2017 |

I Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

SUSAN Y. SOONG
Clerk of the Court
United States District Court
Northern District of California

By: *(signature)*
GINA AGUSTINE
Deputy Clerk

Date Issued: MAR 2 8 2018

# AMENDED ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the judgment debtor(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:  United States District Court
             Northern District of California
Court Number: 3:15-cv-2106-RS
County Name: Greene County, Ohio

| JUDGMENT DEBTOR(S): Names and address of parties against whom judgment has been entered. | JUDGMENT CREDITOR: Name of party in whose favor judgment has been entered. |
|---|---|
| Loan Payment Administration, LLC<br>855 Lower Belbrook Rd.,<br>Xenia, OH 45385-7306<br><br>Social Security No.: (Unknown)<br>Driver's License No. & State: (Unknown) | CONSUMER FINANCIAL PROTECTION BUREAU |

| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
|---|---|---|
| $7,930,000, plus interest | Consumer Financial Protection Bureau<br>c/o Office of Enforcement<br>1990 K St., NW<br>Room 7093<br>Washington DC 20006<br>(202) 435-9671 | Judgment Entered or Registered:<br><br>November 8, 2017 |

I Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

SUSAN Y. SOONG
Clerk of the Court
United States District Court
Northern District of California

By: GINA AGUSTINE
Deputy Clerk

Date Issued: MAR 2 8 2018