KRISTEN DONOGHUE (DC Bar #456707)
DEBORAH MORRIS (Admitted to the NY Bar)
MICHAEL G. SALEMI (IL Bar #6279741)
PATRICK GUSHUE (PA Bar #306966)
JONATHAN URBAN (CO Bar #44190)
STEPHEN JACQUES (DC Bar #464413)
ADRIENNE WARRELL (Admitted to the NY Bar)
THOMAS MCCRAY-WORRALL (Admitted to the MD Bar)
thomas.mccray-worrall@cfpb.gov
1700 G Street NW
Washington, DC 20552
Phone: 202-435-9683
Fax: 202-435-7024
Attorneys for Plaintiff and Counter-Defendant
Consumer Financial Protection Bureau

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>         Plaintiff,<br><br>    v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION LLC, AND DANIEL S. LIPSKY,<br><br>         Defendants.<br>------------------------------------------------<br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC.,<br><br>         Counter-claimant,<br><br>    v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>         Counter-defendant. | Case No. 3:15-cv-02106-RS<br><br>**PLAINTIFF'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Judge:  Hon. Richard Seeborg |

---

Plaintiff's Notice of Appeal and Representation Statement
Case No. 3:15-cv-02106-RS

Notice is hereby given that the Consumer Financial Protection Bureau, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the portions of the Order Denying Motions for Summary Judgment and Administrative Motion to Amend the Scheduling Order entered in this action on February 6, 2017 (Docket No. 186) that are adverse to Plaintiff, portions of the Opinion and Order entered on September 8, 2017 (Docket No. 315) that are adverse to Plaintiff, and portions of the Judgment and Permanent Injunction entered on November 9, 2017 (Docket No. 331) that are adverse to Plaintiff.

Pursuant to Ninth Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b), attached to this Notice of Appeal is a Representation Statement that identifies all parties to the action along with the names, addresses, and telephone numbers of their respective counsel.

Date: May 10, 2018

Respectfully submitted,

MARY MCLEOD
General Counsel

JOHN R. COLEMAN
Deputy General Counsel

KRISTEN DONOGHUE
Enforcement Director

DEBORAH MORRIS
Deputy Enforcement Director

MICHAEL G. SALEMI
Assistant Litigation Deputy

/s/ Thomas McCray-Worrall
Thomas McCray-Worrall
thomas.mccray-worrall@cfpb.gov
202-435-9683
*Litigation Attorney*

Patrick Gushue
patrick.gushue@cfpb.gov
202-435-9671
Jonathan Urban
jonathan.urban@cfpb.gov
202-435-7371
Stephen Jacques
Stephen.jacques@cfpb.gov
202-435-7368
Adrienne Warrell
adrienne.warrell@cfpb.gov
202-435-7013
*Enforcement Attorneys*

1
2          Consumer Financial Protection Bureau
           1700 G Street NW
           Washington, DC 20552
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    3
Plaintiff's Notice of Appeal and Representation Statement
Case No. 3:15-cv-02106-RS

**REPRESENTATION STATEMENT**

**Plaintiff:**

Consumer Financial Protection Bureau

*Represented by:*

Thomas McCray-Worrall
    thomas.mccray-worrall@cfpb.gov
    202-435-9683
Patrick Gushue
    patrick.gushue@cfpb.gov
    202-435-9671
Jonathan Urban
    jonathan.urban@cfpb.gov
    202-435-7371
Stephen Jacques
    stephen.jacques@cfpb.gov
    202-435-7368
Adrienne Warrell
    adrienne.warrell@cfpb.gov
    202-435-7013
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

**Defendants:**

Nationwide Biweekly Administration, Inc.
Loan Payment Administration LLC
Daniel S. Lipsky

*Represented by:*

Helen Mac Murray
    hmacmurray@mslawgroup.com
    614-939-9955
Lisa Ann Messner
    lmessner@mslawgroup.com
    614-939-9955
Mac Murray Shuster, LLP
6530 West Campus Oval, Suite 210
New Albany, OH 43054

Kimon Manolius
    415-777-3200
    kmanolius@hansonbridgett.com
Samantha D. Wolff
    415-777-3200
    swolff@hansonbridgett.com
Hanson Bridgett LLP
425 Market Street, 26th Floor

San Francisco, CA 94105

Allyson Beth Baker[1]
    abaker@venable.com
    202-353-8031
United States Department of Justice Civil Tax Division
P.O. Box 7238
Washington, DC 20044 USA

---

[1] Ms. Baker's telephone number and mailing address appear to be out of date, but it is the contact information that appears on the court's docket.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on May 10, 2018, via ECF upon counsel of record in this action.

                                        /s/ Thomas McCray-Worrall
                                        Thomas McCray-Worrall