UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC.; et al.,<br><br>    Defendants - Appellants. | No. 18-15431<br><br>D.C. No. 3:15-cv-02106-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC.; et al.,<br><br>    Defendants - Appellees. | No. 18-15887<br><br>D.C. No. 3:15-cv-02106-RS<br>U.S. District Court for Northern California, San Francisco |

The judgment of this Court, entered January 27, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Bonnie J. Kates
Deputy Clerk
Ninth Circuit Rule 27-7