UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., et al.,<br><br>Defendants. | Case No. 15-cv-02106-RS<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The parties shall meet and confer in person or via videoconference to discuss what further proceedings they contend should take place in light of the Ninth Circuit's mandate. A joint statement setting out the parties' positions should be filed by May 4, 2023, and they shall appear for a further Case Management Conference at 2:30 p.m. on May 18, 2023.

**IT IS SO ORDERED**.

Dated: March 27, 2023

_____
RICHARD SEEBORG
Chief United States District Judge