UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., et al.,<br><br>Defendants. | Case No. 15-cv-02106-RS<br><br>**ORDER RE FURTHER BRIEFING** |

Within one week of the date of this order, defendants shall file a statement indicating whether or not they are withdrawing their contentions, presented in Docket No. 397, that the prior judgment in this action should be vacated based on the alleged unconstitutionality of Consumer Financial Protection Bureau's funding mechanism. In the event defendants intend to pursue those contentions, their statement may include up to 8 pages of argument addressing the import of the Supreme Court's ruling in *Consumer Financial Protection Bureau v. Community Financial Services Association Of America, Ltd.*, No. 22–448, issued today. If defendants do not withdraw their arguments that the funding mechanism is unconstitutional, plaintiff may file a responsive brief, not to exceed 8 pages, within a week thereafter.

Defendants' motion for an order directing the release of certain funds, which was not set for hearing, is appropriate for disposition without oral argument, pursuant to Civil Local Rule 7-1(b), and will be decided in due course.

**IT IS SO ORDERED**.

Dated: May 16, 2024

_____
RICHARD SEEBORG
Chief United States District Judge