UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02106-RS<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION** |

On August 28, 2024, an order issued "supplementing, modifying, and reaffirming prior findings of fact and conclusions of law following remand, and reaffirming judgment." Defendants now bring an "administrative motion" seeking an express ruling granting their request for judicial notice they filed in support of their post-remand briefing. Plaintiff has filed a response stating it does not oppose the motion.

Although the prior order did not expressly grant or deny the request for judicial notice, it was based on a conclusion that the admissible evidence presented in the request for judicial notice was insufficient to support a factual finding that defendants suffered cognizable harm as a consequence of the provision purporting to insulate the CFPB director from removal at will by the President. The request for judicial notice is granted. Because the prior order took into account the admissible evidence presented in the request for judicial notice, this order does not alter the analysis or result of the prior order.

1  **IT IS SO ORDERED**.

3  Dated: September 19, 2024

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

CASE NO. 15-cv-02106-RS
2